IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| STRAIGHT PATH IP GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:13cv0934 (AJT/IDD) |
| | ) | |
| VIZIO. INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| AMAZON.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15cv0682 (AJT/TCB) |
| | ) | |
| STRAIGHT PATH IP GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Pending before the Court is plaintiff Straight Path IP Group Inc.'s Motion for

Reconsideration [Doc. No. 207] (the "Motion") of the Court's August 5, 2016 Order [Doc. No.

205] granting Defendants and Intervenors' Statement and Request for Leave to File Motion to

Continue Stay [Doc. No. 190, 63], which the Court previously construed as a Motion to Continue

Stay.  Upon consideration of the Motion and the memoranda of law in support thereof and in

opposition thereto, the Court finds insufficient grounds upon which to reconsider its August 5,

2016 Order.  Accordingly, it is hereby

ORDERED that plaintiff's Motion for Reconsideration [Doc. No. 207] be, and the same

hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

_____

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 26, 2016