## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STRAIGHT PATH IP GROUP, INC.<br><br>　　　　Defendant. | Civil Action No. 1:15-cv-682 (AJT/IDD) |

### DEFENDANT STRAIGHT PATH IP GROUP, INC.'S WAIVER OF HEARING ON UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE AND RELATED DEADLINES

Defendant Straight Path IP Group, Inc. ("Straight Path") hereby waives hearing on Straight Path's Unopposed Motion to Continue Status Conference and Related Deadlines filed on August 18, 2017 (Docket Entry No. 88).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Robert G. Kidwell
　　　　　　　　　　　　　　　　　　　(VA Bar No. 47040)
　　　　　　　　　　　　　　　　　　　MINTZ, LEVIN, COHN, FERRIS,
　　　　　　　　　　　　　　　　　　　GLOVSKY AND POPEO, P.C.
　　　　　　　　　　　　　　　　　　　701 Pennsylvania Ave. NW,
　　　　　　　　　　　　　　　　　　　Suite 900
　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　Phone: (202) 434-7300
　　　　　　　　　　　　　　　　　　　Fax: (202) 434-7400
　　　　　　　　　　　　　　　　　　　Email: RGKidwell@mintz.com

　　　　　　　　　　　　　　　　　　　Michael T. Renaud
　　　　　　　　　　　　　　　　　　　William A. Meunier
　　　　　　　　　　　　　　　　　　　Michael C. Newman
　　　　　　　　　　　　　　　　　　　Nicholas W. Armington
　　　　　　　　　　　　　　　　　　　MINTZ, LEVIN, COHN, FERRIS,
　　　　　　　　　　　　　　　　　　　GLOVSKY AND POPEO, P.C.

          One Financial Center
          Boston, MA 02110
          Phone: (617) 542-6000
          Fax: (617) 542-2241
          MTRenaud@mintz.com
          MCNewman@mintz.com
          NWArmington@mintz.com

**Counsel for Defendant
Straight Path IP Group, Inc.**

Dated: August 18, 2017

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 18th of August, 2017, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

        /s/ Robert G. Kidwell
        Robert G. Kidwell
        (VA Bar No. 47040)
        MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
        701 Pennsylvania Ave. NW, Suite 900
        Washington, DC 20004
        Phone: (202) 434-7300
        Fax: (202) 434-7400
        Email: RGKidwell@mintz.com

        *Counsel for Defendant Straight Path IP Group, Inc.*