INITIAL PRETRIAL CONFERENCE

MAGISTRATE JUDGE

CA- 15cv682

DATE: 9/13/17

TIME: 11:50 TO 11:57

APPEARANCES COUNSEL FOR:

(X) PLANTIFF  (X) DEFENDANT  ( ) PRO SE PLAINTIFF  ( ) PRO SE DEFENDANT

DISCOVERY PLAN: JOINT

( ) APPROVED  ( ) APPROVED AS AMENDED  ( ) ~~FILE BY~~ Parties to Submit new Discovery Plan per as discussed during scheduling conf.

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:

( ) YES

( ) CONSENT SIGNED

ADR/SETTLEMENT:

( ) PENDING  ( ) WILL DISCUSS  ( ) OTHER

( ) ORDER TO ISSUE

CASE CONTINUED TO _____ FOR 16(B) CONFERENCE