## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): Robert A. Angle, David Hadden, Eric Young

Electronic Device(s): Laptop computer, power cord, mouse/clicker, associated adapters/connectors

Purpose and Location Of Use: Judge Trenga's Courtroom - Claim Construction Hearing

Case No.: 1:15cv682

Date(s) Authorized: November 8, 2017 (date of hearing) and any technology orientation session

IT Clearance Waived: ✓ (Yes) ___ (No)

APPROVED BY:

Date: Nov. 2, 2017

/s/
Anthony J. Trenga
United States District Judge
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____  _____
IT Staff Member                      Date(s)

**IT clearance must be completed, unless waived, before court appearance.**