**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| AMAZON.COM, INC.<br><br>      Plaintiff,<br><br>v.<br><br>STRAIGHT PATH IP GROUP, INC.*,*<br><br>      Defendant. | Civil Action No. 1:15-cv-0682-AJT-TCB |

**STRAIGHT PATH IP GROUP, INC.'S MOTION FOR CLARIFICATION OF ORDER OR, IN THE ALTERNATIVE JOINDER OF LG PURSUANT TO FED. R. CIV. P. 20**

Straight Path IP Group, Inc. respectfully seeks clarification of the Court's Consent Order Severing Claims Against Amazon Instant Video Service from C.A. No. 1:13-CV-0934 to be Resolved Together with the Declaratory Judgment Claims in C.A. No. 1:15-cv-0682 [Dkt. No. 75], dated August 26, 2016, or in the alternative, joinder of LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc., and Vizio, Inc. pursuant to Fed. R. Civ. P. 20. The grounds and reasons for granting this relief are stated with particularity in the accompanying memorandum.

Date: November 3, 2017                     Respectfully submitted,

By */s/ Craig C. Reilly*
Craig C. Reilly (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com


**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO PC**


Michael T. Renaud (*admitted pro hac vice*)
Michael J. McNamara (*admitted pro hac vice*)
William A. Meunier (*admitted pro hac vice*)
Michael C. Newman (*admitted pro hac vice*)
Robert J. L. Moore (*admitted pro hac vice*)
Nicholas W. Armington (*admitted pro hac vice*)
Kristina R. Cary (*admitted pro hac vice*)
Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, P.C.
One Financial Center
Boston, MA 02110
Phone: (617) 542-6000
Fax: (617) 542-2241
mtreaund@mintz.com
mjmcnamara@mintz.com
wameunier@mintz.com
mcnewman@mintz.com
rjmoore@mintz.com
nwarmington@mintz.com
krcary@mintz.com

*Attorneys for Straight Path IP Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3nd of November, 2017, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Craig C. Reilly
Craig C. Reilly (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
Telephone: (703) 549-5354
Facsimile: (703) 549-5355
craig.reilly@ccreillylaw.com

*Attorneys for Plaintiff Straight Path IP Group, Inc.*