# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STRAIGHT PATH IP GROUP, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:15-cv-00682-AJT-IDD |

## NOTICE

Amazon.com, Inc. ("Amazon") respectfully provides this Court with notice of the United States District Court for the Northern District of California's Order entered on November 13, 2017 granting Cisco Systems, Inc. ("Cisco") and Apple Inc.'s ("Apple") Motions for Summary Judgment of Non-infringement and Order to Show Cause. In its Order, the Northern District of California held that Cisco and Apple did not infringe, *inter alia*, U.S. Patent Nos. 6,009,469 ("the '469 patent"), 6,108,704 ("the '704 patent"), and 6,131,121 ("the '121 patent"). It also ordered Straight Path and its counsel to show cause in writing why they should not be held liable for defendants' attorney's fees "by virtue of this being an 'exceptional' case within the meaning of Section 285 of Title 35 of the United States Code." The '469 patent, the '704 patent, and the '121 patent are at issue in this case.

The Northern District of California's Order is attached hereto as Exhibit A. The copy of the Order contains the parties' proposed redactions that the Northern District of California has not yet ruled on.

Dated:  November 15, 2017

Respectfully submitted,

**AMAZON.COM, INC.**

*/s/ Laura Anne Kuykendall*
Robert A. Angle (VSB No. 37691)
   robert.angle@troutmansanders.com
Laura Anne Kuykendall (VSB No. 82318)
   la.kuykendall@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone:  (804) 697-1468
Facsimile:  (804) 697-1339

*Of Counsel:*

J. David Hadden *
   dhadden@fenwick.com
Saina Shamilov *
   sshamilov@fenwick.com
Todd R. Gregorian *
   tgregorian@fenwick.com
Ravi R. Ranganath *
   rranganath@fenwick.com
Dargaye Churnet *
   dchurnet@fenwick.com
Shannon E. Turner *
    sturner@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

*\* Admitted Pro Hac Vice*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of November, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

>Robert G. Kidwell.
>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
>701 Pennsylvania Ave, NW, Suite 900
>Washington, DC  20004
>rgkidwell@mintz.com
>
>*Counsel for Straight Path IP Group, Inc.*

>*/s/ Laura Anne Kuykendall*
>Laura Anne Kuykendall (VSB No. 82318)
>la.kuykendall@troutmansanders.com
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>Richmond, Virginia 23219
>Telephone:  (804) 697-1468
>Facsimile:  (804) 697-1339
>
>*Counsel for Amazon.com, Inc.*