**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| AMAZON.COM, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:15-cv-00682-AJT-IDD |
| STRAIGHT PATH IP GROUP, INC., | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, Amazon.com, Inc. ("Amazon") LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc. (collectively, "LG"), and VIZIO, Inc. ("VIZIO") and Straight Path IP Group, Inc. ("Straight Path"), through their counsel of record, hereby stipulate and agree, to the dismissal of all claims and counterclaims in this action without prejudice.

1.      On October 14, 2014, Amazon filed a Complaint against Straight Path in the United States District Court for the Northern District of California seeking a declaratory judgment of non-infringement of U.S. Patent Nos. 6,009,469 (the "'469 patent"), 6,108,704 (the "'704 patent"), and 6,131,121 (the "'121 patent"). (Case No. 5:14-cv-04561-EJD, Dkt. 1.)

2.      On May 29, 2015, this case was transferred to this Court. (Case No. 5:14-cv-04561-EJD, Dkt. 45.)

3.      On August 26, 2016, the Court ordered that Straight Path's claims against LG Electronics Inc., LG Electronics MobileComm U.S.A., Inc., LG Electronics U.S.A., Inc. (collectively, "LGE"), and VIZIO, Inc. ("VIZIO") that were pending in Civil Action No. 1:13-cv-0934 (the "934 action") directed to Amazon Instant Video were severed from the 934 action, to be "re-

solved together with Amazon's related declaratory judgment claims and any infringement coun-

terclaims Straight Path may assert in [this] action". (Dkt. No. 75.)

4.      On September 15, 2017, Straight Path filed Counterclaims against Amazon alleg-

ing that Amazon infringes the '469 patent, the '704 patent, and the '121 patent.  (Dkt. 99.)

5.      During the pendency of this case, Straight Path filed suit in Northern District of

California against Cisco Systems, Inc. and Apple Inc., in *Straight Path IP Group, Inc. v. Cisco*

*Systems, Inc.*, No. 16-cv-03463, and *Straight Path IP Group Inc. v. Apple Inc.*, No. 16-cv-03582.

(the "*Cisco* and *Apple* cases").

6.      The Asserted Patents in this action are also at issue in the *Cisco* and *Apple* cases,

alongside two additional patents from Straight Path's portfolio.

7.      On Monday, November 13, 2017, the court in the *Cisco* and *Apple* cases granted

Cisco and Apple's motions for summary judgment of noninfringement based upon its application

of the Federal Circuit's construction of "is connected to the computer network" provided in

*Straight Path IP Group, Inc. v. Sipnet EU S.R.O.*, 806 F.3d 1356, 1363 (Fed. Cir. 2015).  *See* Or-

der, *Straight Path IP Group, Inc. v. Apple Inc.*, Case No. 16-cv-03582, Dkt. No. 155.

8.      Straight Path will be filing a notice of appeal to the Federal Circuit for review of

the court's application of the term "is connected to the computer network."

9.      Accordingly, the parties hereby stipulate that all claims, counterclaims, and de-

fenses asserted against each other in this case which includes Straight Path's claims against LG

and VIZIO in the 934 action directed to Amazon Instant Video that were severed to be included

in the 682 action (Dkt. No. 75), shall be dismissed without prejudice pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c).

10.     The parties further agree that any statute of limitations applicable to Straight Path's infringement claims against Amazon, LG, and VIZIO are hereby tolled as if the case were stayed.

11.     The parties further stipulate that they will bear their own attorney's fees, costs, and all other expenses incurred in litigating this case in the event that Straight Path does not re-file this case after it has exhausted its appeals in the *Cisco* and *Apple* cases. The parties expressly reserve their right to seek attorneys' fees, costs, and all other expenses incurred in litigating this case in the event that Straight Path refiles this case.

12.     Nothing in this Stipulation shall be construed as an admission of liability or wrongdoing of any kind by any of the parties hereto.

**ENDORSEMENTS ON FOLLOWING PAGES**


**SO ORDERED** this _____ day of November 2017.


Alexandria, Virginia                     _____
                                         Anthony J. Trenga
                                         United States District Judge

**STIPULATED AND AGREED TO** this <u>20th</u> day of November, 2017.


By: /s/ Robert A. Angle
Robert A. Angle (VSB No. 37691)
   robert.angle@troutmansanders.com
Laura Anne Kuykendall (VSB No. 82318)
   la.kuykendall@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1246
FACSIMILE: (804) 697-1339

*Of counsel:*
J. David Hadden *
   dhadden@fenwick.com
Saina Shamilov *
   sshamilov@fenwick.com
Todd R. Gregorian *
   tgregorian@fenwick.com
Ravi R. Ranganath *
   rranganath@fenwick.com
Dargaye Churnet *
   dchurnet@fenwick.com
Shannon E. Turner *
   sturner@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

/ Matthew S. Dushek
Kevin M. O'Brien (pro hac vice)
Brian L. Whisler (VA Bar No. 30435)
Richard V. Wells (pro hac vice)
Christine M. Streatfeild (pro hac vice)
Matthew S. Dushek (VA Bar No. 79587)
BAKER & MCKENZIE LLP
815 Connecticut Ave., N.W.
Washington, DC 20006
Telephone: (202) 452-7000
Facsimile: (202) 452-7074
VIZIO-SPIPG@bakermckenzie.com


By */s/* Craig C. Reilly
Craig C. Reilly (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
Phone: (703) 549-5354
Fax: (703) 549-5355
Email: craig.reilly@ccreillylaw.com

Michael T. Renaud (*pro hac vice*)
Michael J. McNamara (*pro hac vice*)
William A. Meunier (*pro hac vice*)
Michael C. Newman (*pro hac vice*)
Robert J. L. Moore (*pro hac vice*)
Nicholas W. Armington (*pro hac vice*)
Kristina R. Cary (*pro hac vice*)
Mintz, Levin, Cohn, Ferris, Glovsky
     and Popeo, P.C.
One Financial Center
Boston, MA 02110
Phone: (617) 542-6000
Fax: (617) 542-2241


*Attorneys for Straight Path IP Group, Inc.*

D. James Pak (pro hac vice)
BAKER & MCKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone:  (415) 592-3209
Facsimile:  (202) 416-7033
VIZIO-SPIPG@bakermckenzie.com

*Attorneys for Defendant, VIZIO, Inc.*

/s/ Elizabeth D. Ferrill
Elizabeth D. Ferrill (VA Bar No. 72935)
FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400
Elizabeth.ferrill@finnegan.com

OF COUNSEL:
Smith R. Brittingham IV (pro hac vice)
Rajeev Gupta (pro hac vice)
Aidan C. Skoyles (pro hac vice)
FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400
smith.brittingham@finnegan.com
raj.gupta@finnegan.com
aidan.skoyles@finnegan.com

*Attorneys for Defendants LG Electronics, Inc.,*
*LG Electronics Mobilecomm U.S.A., Inc. and*
*LG Electronics U.S.A., Inc.*


*\* Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2017, I electronically filed the forego-

ing with the Clerk of the Court using the CM/ECF System, which will then send a notification of

such filing (NEF) to the all counsel of record:

By */s/*  Craig C. Reilly

Craig C. Reilly (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
Phone: (703) 549-5354
Fax: (703) 549-5355
Email: craig.reilly@ccreillylaw.com

*Counsel for Straight Path IP Group, Inc.*