UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:15-cv-00682-AJT-TCB |
| | ) |
| STRAIGHT PATH IP GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

THIS MATTER comes before the Court on the consent motion filed by Defendant, Straight Path IP Group, Inc., to join claims and counterclaim-defendants to this action; upon consideration of the motion, there being no opposition, and it otherwise appearing proper to do so, it is hereby

ORDERED that

1. LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc. (collectively, "LG"), and Vizio, Inc. ("Vizio") are joined as counterclaim-defendants;

2. The operative pleadings as between Straight Path and these new parties are incorporated by reference from the related action now pending before this Court, *Straight Path IP Group, Inc. v. Vizio, Inc., et al.*, No. 1:13-cv-0934 (E.D. Va. filed Aug. 1, 2013), without need for repleading:

    **Dkt. No. 1**, Straight Path's complaint;

    **Dkt. No. 77**, Vizio's answer and counterclaims;

    **Dkt. No. 107**, Straight Path's answer to Vizio's counterclaims;

    **Dkt. No. 116**, LG's answer and counterclaims; and

    **Dkt. No. 136**, Straight Path's answer to LG's counterclaims.

3. The current schedule (*see* Dkt. Nos. 90, 97 & 108) will continue to apply to the litigation of all issues between all parties, including the new counterclaim-defendants.

    ENTERED this 20th day of November 2017.

Alexandria, Virginia

Anthony J. Trenga
United States District Judge